Moritz Walter and Others, Individually and as Committee of the Person and Property of Herman N. Walter, an Incompetent, Appellants, v. Anna Kuthe Walter, Respondent. (3 cases.) — Orders affirmed, with ten dol-

lars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Clarke, Scott and Hotchkiss, JJ.